**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
CASE NO.: 8:13-cv-01534-EAK-TGW

A.R. ex rel. LISA MATLOCK, an individual,
on behalf of herself and all others similarly situated,

    Plaintiff,

v.

MEDICREDIT, INC., a foreign corporation,
and U.S. COLLECTIONS, INC., d/b/a
THE OUTSOURCE GROUP, INC,
a foreign corporation,

    Defendants.

---

**NOTICE OF ENTRY OF PARTIES**

---

    Plaintiff, Lisa Matlock, hereby gives notice of the entry through Plaintiffs' First Amended Class Action Complaint (D.E. 9) of the following additional party:

    1.    U.S. COLLECTIONS, INC. d/b/a THE OUTSOURCE GROUP, INC.

Dated: July 2, 2013

    Respectfully submitted,

    *s/ Scott D. Owens*
    Scott D. Owens, Esq.
    664 E. Hallandale Beach Blvd.
    Hallandale, FL 33009
    Tel:    954-589-0588
    Fax:    954-337-0666
    scott@scottdowens.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: <u>/s/ Scott D. Owens</u>
SCOTT D. OWENS, ESQ.