UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:13-cv-01534-EAK-TGW

A.R. ex rel LISA MATLOCK, an individual,
on behalf of herself and all others similarly situated,

     Plaintiff,

v.
MEDICREDIT, INC,
a foreign limited liability company, and
THE OUTSOURCE GROUP, INC.

     Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, A.R. ex rel LISA MATLOCK, through the undersigned counsel, hereby files notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that the instant action is dismissed without prejudice as to all Defendants. No Defendant has filed an Answer and there are no summary judgments pending before this Honorable Court.

     Respectfully submitted,

     s/ Scott D. Owens
     **Scott D. Owens, Esq.**
     Florida Bar # 597651
     664 E. Hallandale Beach Blvd.
     Hallandale, FL 33009
     Tel:    954-589-0588
     Fax:    954-337-0666
     scott@scottdowens.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 16, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Scott D. Owens
**Scott D. Owens, Esq.**